# IN THE SUPREME COURT OF THE STATE OF DELAWARE

CorePower Yoga, LLC, CorePower §
Yoga Franchising LLC, §
                 §
    Defendants Below, §    No. 109, 2022
    Appellants, §
                 §
    v. §    Court Below—Court of Chancery
                 §    of the State of Delaware
Level 4 Yoga, LLC, §
                 §
    Plaintiff Below, §    C.A. No. 2020-0249
    Appellee, §

Submitted: October 19, 2022
Decided: November 2, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

This 2nd day of November 2022, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated March 1, 2022 and Order dated March 22, 2022.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice